IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                       CHAPTER 7

S.A. MCALLISTER                                                              CASE NO. 14-03782-NPO

NOTICE TO RESCIND REAFFIRMATION AGREEMENT

TO:

United Consumer Financial Services
C/O Bass & Associates, P.C.
3936 E. Ft. Lowell
Ste. 200
Tucson, AZ  85712

COMES NOW, S.A. MCALLISTER (hereinafter "Debtor"), and files this Notice to Rescind Reaffirmation Agreement specifically regarding that instrument executed heretofore by and between the Debtor and United Consumer Financial Services and currently on file with the Court (Dkt. #16) and attached hereto as "Exhibit A" pursuant 11 U.S.C. § 524(c)(4).

Respectfully Submitted,

S.A. MCALLISTER

By:    James G. McGee, Jr.
       James G. McGee, Jr., Esq. (MSB #102385)
       Law Office of James G. McGee, Jr.
       125 S. Congress St.
       Capital Towers, Suite 1240
       Jackson, MS  39201
       Telephone: (601) 965-6155
       Facsimile: (601) 965-6166
       COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

I, James G. McGee, Jr., counsel for the Debtor(s), do hereby certify that I have this date filed the foregoing document via CM/ECF filing system which will then send a true and correct

copy of the above to all creditors listed in the Court's official mailing matrix and to the following:

>United States Trustee
>USTPRegion05.JA.ECF@usdoj.gov
>
>Derek A Henderson
>derek@derekhendersonlaw.com

I further certify that I have mailed via USPS First Class – Postage Prepaid a true and correct copy of the above and foregoing to the following:

>United Consumer Financial Services
>C/O Bass & Associates, P.C.
>3936 E. Ft. Lowell
>Ste. 200
>Tucson, AZ  85712

This the 27th day of April, 2015.

/s/ James G. McGee, Jr.
James G. McGee, Jr.